**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**CENTRAL DIVISION**

**MINUTE SHEET**

**UNITED STATES OF AMERICA**                    **Date: November 8, 2017**

**vs.**                                        **Case No.: 2:17-CR-4030-BCW-01**

**Debra L Wenger**

---

**Honorable Brian C. Wimes, presiding at Jefferson City, Missouri**

**Nature of Hearing:   Sentencing**

**Time Commenced: 12:14 pm, Recess 12:26 pm to 12:36 pm Time Terminated: 12:41 pm**

**APPEARANCES**

**Plaintiff's counsel: Larry Miller, AUSA**
**Defendant's counsel: Jerome S. Antel, III**
**Probation officer: Angela Palmerton**

**PROCEEDINGS IN COURTROOM:  Above parties present.  Court adopts Report and Recommendation on Plea of Guilty.  There are no objections to the Presentence Report and Court adopts P.S.I.R. without change.  Court asserts statutory guidelines.  Counsel makes sentence recommendations. Defendant accorded allocution.**

**SENTENCE: Defendant sentenced to time served with 1 year supervised release with mandatory, standard and special conditions.  FINE: waived; MSA: $100. Dft advised of right to appeal.**

---

**Court Reporter: Denise Halasey**
**Courtroom Deputy: T. Lock**